FILED
2026 Sep-11 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KHALILAH CRUMPLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:25-cv-01144-MHH-HNJ |
| | ) | |
| WARDEN BORDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

On June 4, 2026, the Magistrate Judge entered a report in which he recommended that the Court deny petitioner Khalilah Crumpler's amended *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Ms. Crumpler challenges the Federal Bureau of Prisons' calculation of her earned time credits under the First Step Act and her claim challenging the BOP's calculation of her earned time credits under the Second Chance Act. The Court has not received objections to the report.

Having considered the record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. By separate order, the Court will deny Ms. Crumpler's § 2241 habeas petition and close this matter.

**DONE** and **ORDERED** this September 11, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE